UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RAFAEL BEAN #253562,

      Plaintiff,

File No. 2:11-CV-427

v.

HON. ROBERT HOLMES BELL

KEN TRIBLEY, et al.,

      Defendants.
                              /

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiff's objections (Dkt. No. 33) are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Magistrate Judge's May 1, 2013, R&R (Dkt. No. 29) is **APPROVED** and **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Defendants Hill and Nadeau's motion for summary judgment (Dkt. No. 20) is **GRANTED IN PART** and **DENIED IN PART**. The motion is granted as to any asserted denial of food trays (a) by Hill which occurred after May 8 and (b) by Nadeau which occurred after May 14. The motion is denied as to the asserted denial of food trays (a) by Hill in the two month period ending on May 8 and (b) by Nadeau between May 9 and May 14.

Dated: July 16, 2013

                                              /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              UNITED STATES DISTRICT JUDGE