UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RAFAEL BEAN,

      Plaintiff,                               Case No. 2:11-CV-427

v.                                                     HON. ROBERT HOLMES BELL

JOHN HILL and SCOTT NADEAU,

      Defendants.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On February 12, 2015, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (ECF No. 72) recommending that Plaintiff not be permitted to call 27 proposed witnesses—other than Defendants Hill and Nadeau— due to failure to serve subpoenas in the matter required. This matter is before the Court on Plaintiff's objections to the R&R.(ECF No. 81.)

This Court makes a *de novo* determination of those portions of an R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). "[A] general objection to a magistrate's report, which fails to specify the issues of contention, does not satisfy the requirement that an objection be filed. The objections must be clear enough to enable the district court to discern those issues that are dispositive and contentious." *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995). The Court may accept, reject, or modify any or all of the Magistrate Judge's findings or recommendations. *Id.*

Plaintiff objects to the Magistrate Judge's recommendation on the grounds that he does not have sufficient legal training to know how to call individuals as witnesses. However, Plaintiff

received a Notice (ECF No. 53) from the Court stating the relevant directions and Federal Rules of Procedure applicable to service of a subpoena.

Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's February 12, 2015, R&R (ECF No. 72) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff shall not be permitted to call as witnesses the 27 non-Defendant witnesses listed in the parties' proposed Joint Final Pre-Trial Order and that those witnesses shall be stricken from the Final Pretrial Order.


Dated: February 27, 2015                    /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            UNITED STATES DISTRICT JUDGE